IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THERESA LYNN BENNETT,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION
AND OFFICE OF DISABILITY
ADJUDICATION AND REVIEW,

    Defendants.

ORDER

Case No.  14-cv-331-wmc

    Plaintiff Theresa Lynn Bennett has filed a civil suit pursuant to 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security denying plaintiff's application for social security disability benefits.  Plaintiff seeks to commence this lawsuit without prepayment of the filing fees and costs or providing security therefor, pursuant to 28 U.S.C. § 1915.  From the affidavit of indigency plaintiff has submitted, I cannot determine whether she qualifies for indigent status.  In her affidavit, plaintiff states that she has no monthly income.  She lists her husband as having a seasonal monthly income of $1,944.  However, it is not clear how many total months this past year her husband had this monthly income.  To clarify this for the court, plaintiff must provide the total amount of her husband's income for the past 12 months.  Without such information, I am unable to conclude that plaintiff qualifies for indigent status.  Therefore, I will provide plaintiff with the opportunity to supplement her request for leave to proceed without prepaying the filing fee by responding to this order providing the court with the total amount of income her husband made for the past 12 months.

ORDER

IT IS ORDERED that plaintiff Theresa Lynn Bennett may have until June 3, 2014, in which to supplement her affidavit of indigency with the total amount her husband received as income within the past 12 months. If plaintiff fails to provide this requested financial information in a timely fashion, then the court will deny her request for leave to proceed without prepayment of the filing fee for failure to show that she is indigent.

Entered this 19th day of May, 2014.

BY THE COURT:

/s/
PETER A. OPPENEER
Magistrate Judge