IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THERESA LYNN BENNETT,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION
AND OFFICE OF DISABILITY
ADJUDICATION AND REVIEW,

    Defendants.

ORDER

Case No. 14-cv-331-wmc

In response to this court's order on May 19, 2014, plaintiff has supplemented her affidavit of indigency in support of her request for leave to proceed *in forma pauperis*. The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3,700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

In this case, plaintiff has no dependents and is currently unemployed. Plaintiff's husband, however, had income this past year in the amount of $23,330.54. Because

plaintiff's combined household income falls in the $16,000 to $32,000 range, she must prepay half of the $350 fee for filing this case.

ORDER

IT IS ORDERED that:

1. The motion filed by plaintiff Theresa Lynn Bennett for leave to proceed without prepayment of fees (Dkt. # 2) is GRANTED IN PART.

2. Plaintiff is assessed $175 as an initial partial payment of the $350 fee for filing this case as an indigent litigant. She shall submit a check or money order made payable to the "Clerk of Court" in the amount of $175 on or before July 9, 2014. Once payment has been received, the clerk of court shall issue summonses and forward them to the United States Marshals for service. Plaintiff is advised that, if she fails to comply as directed or show cause of her failure to do so, the court will assume that she does not wish to proceed and this case will be dismissed without further notice.

Entered this 13th day of June, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge